AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**BRYANT MCCLAIN**
**PDID: xxx-xxx**
**DOB: xx/xx/72**

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   **OCTOBER 30, 2005**   in   **WASHINGTON**   county, in the _____ District of   **COLUMBIA**   defendant(s) did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded Taurus 9mm handgun and ammunition.**

in violation of Title   **18**   United States Code, Section(s)   **922(g)(1)**  .

I further state that I am   **OFFICER CHARLES HOETZEL**   and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER CHARLES HOETZEL**
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

_____   at   _____**Washington, D.C.**_____
**Date**                                                                                      **City and State**

_____         _____
**Name & Title of Judicial Officer**                       **Signature of Judicial Officer**