## STATEMENT OF FACTS

On Sunday, October 30, 2005, at about 5:50 p.m., sworn officers with the Metropolitan Police Department's Fourth District were on patrol in the 900 block of Decatur Street, N.W. Washington, D.C. when they observed the defendant, Bryant McClain, crouching behind a vehicle. As an officer approached McClain, the officer saw the defendant place a black handgun behind the front passenger tire. The officer yelled "gun" and the defendant began to run. Officers apprehended the defendant and placed him under arrest. Immediately after the defendant dropped the weapon, a loaded Taurus 9mm model PT92AF handgun, it was recovered by the police.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the weapon taken from defendant nor the ammunition in it was manufactured in the District of Columbia..

_____
OFFICER CHARLES HOETZEL
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF OCTOBER, 2005.

_____
U.S. MAGISTRATE JUDGE